IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| DR. ROBERT GERBER, on behalf of Plaintiff and the class members defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 21 CV 2749 |
| v. | ) ) | Judge Coleman<br>Magistrate Judge Jantz |
| MOHAWK, INC., and JOHN DOES 1-10 | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Dr. Robert Gerber, by and through his Counsel, respectfully submits this notice of settlement to inform the Court that the Parties have resolved the matter on an individual basis. The Parties have commenced the process of circulating a written settlement agreement for execution and anticipate that a notice of voluntary dismissal will be filed within forty-five (45) days. In the interim, Plaintiff respectfully requests that the Court vacate any and all pending deadlines and stay the case, but that the Court retain jurisdiction and not dismiss the action at this time.

Dated: July 20, 2021

                                                                       DR. ROBERT GERBER

                                                                       By:/s__Dulijaza Clark_____

                                                                       Daniel A. Edelman
                                                                       Dulijaza Clark
                                                                       Edelman, Combs, Latturner & Goodwin, LLC
                                                                       20 S. Clark Street, Suite 1500
                                                                       Chicago, IL 60603
                                                                       jclark@edcombs.com
                                                                       (312) 739-4200

                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on July 20, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF, which caused notification to be sent via email to all counsel of record and caused notice to be delivered as follows.

<u>Mail and E-Mail To:</u>
MOHAWK, INC.
340 Production Court
Louisville, Ky 40299

*And*

MOHAWK, INC.
c/o William Hayes via:
sqhayes@aol.com

                                                                   */s/ Dulijaza Clark*
                                                                   Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)