# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Gerber

                Plaintiff,

v.                                      Case No.: 1:21–cv–02749
                                           Honorable Sharon Johnson Coleman

Mohawk, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 16, 2021:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), case is dismissed with prejudice and without cost as to the individual claims against defendant Mohawk, Inc. Case is dismissed without prejudice and without costs as to the class claims against defendant Mohawk, Inc. Case is dismissed without prejudice and without costs as to defendants John Does 1–10. Telephone status hearing set for 9/7/2021 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.